O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES POTTS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. CV 01-06205 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  Petitioner has not filed any written objections to the Report.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　*Gary Feess*
　　　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE