O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES POTTS, | ) | CASE NO. CV 01-06205 GAF (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: June 1, 2012

*[signature: Gary Feess]*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE